■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL MITCHELL, Appellant. [764 NYS2d 835] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Mullen, J.), rendered April 17, 2002, convicting him of aggravated unlicensed operation of a motor vehicle, upon his plea of guilty, and operating a motor vehicle while under the influence of alcohol and failing to stay in a designated lane, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the

prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. The People proved that the defendant was intoxicated based upon his appearance and conduct at the scene (*see People v Smith,* 179 AD2d 1060 [1992]), and his failure to follow instructions with the Alcosenser and Intoxilyzer tests (*see People v Adler,* 145 AD2d 943 [1988]). Moreover, upon the exercise of our factual power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]).

The defendant's remaining contentions either are unpreserved for appellate review or without merit. Ritter, J.P., Feuerstein, H. Miller and Adams, JJ., concur.